UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY MARTINO and ANGELA RYAN,    **ORDER ADOPTING REPORT AND RECOMMENDATION**
                                    17-CV-4708 (DRH)(AKT)
        Plaintiffs,

-against-

MARINEMAX NORTHEAST, LLC, MARINEMAX SERVICES, INC,

        Defendants.
------------------------------------------------------------X

    Presently before the Court is the Report and Recommendation of Magistrate Judge A. Kathleen Tomlinson, dated August 16, 2019 recommending that the Court grant the motion of defendants MarineMax Northeast, LLC and MarineMax Services, Inc. for attorney's fees and costs in the amount of $18,600.50 for attorneys' fees and $170.44 in costs for a total award of $18,770.84. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

    Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the August 16, 2019 Report and Recommendation of Judge Tomlinson as if set forth herein. Accordingly,

    **IT IS HEREBY ORDERED** THAT defendants' motion for attorneys' fees and costs is granted and defendants are awarded $18,600.50 for attorneys' fees and $170.44 in costs for a total award of $18,770.84.

Dated: Central Islip, New York           s/ Denis R. Hurley
       September 3, 2018             Denis R. Hurley
                                                 United States District Judge